```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
BURBERRY LIMITED, GIANNI VERSACE,         :   22cv5286 (DLC)
S.R.I., HERMÈS INTERNATIONAL, and         :
LOUIS VUITTON MALLETIER,                  :   ORDER
                                          :
                    Plaintiffs,           :
                                          :
          -v-                             :
                                          :
VARIOUS JOHN DOES et al.,                 :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth in the August 11, 2022 Preliminary Injunction Order, all papers under seal in this action are now unsealed. Accordingly, it is hereby

ORDERED that the Clerk of Court shall unseal this case and file all documents in the public record.

SO ORDERED:

Dated:   New York, New York
         August 11, 2022

                              _____
                                       DENISE COTE
                              United States District Judge