UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
BURBERRY LIMITED, GIANNI VERSACE,     :     22cv5286 (DLC)
S.R.I., HERMÈS INTERNATIONAL, and     :
LOUIS VUITTON MALLETIER,              :     SEALED ORDER
                                      :
                      Plaintiffs,     :
                                      :
                -v-                   :
                                      :
VARIOUS JOHN DOES et al.,             :
                                      :
                      Defendants.     :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

A preliminary injunction hearing was held on July 15, 2022. The defendants in the above captioned action did not appear. As set forth on the record, it is hereby

ORDERED that the plaintiffs shall file a status letter by **November 11** regarding the seven defendants that have been served and failed to appear.

IT IS FURTHER ORDERED that the transcript of the July 15 preliminary injunction hearing shall remain sealed until **August 5**.

SO ORDERED:

Dated:   New York, New York
         July 15, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge