```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BURBERRY LIMITED, GIANNI VERSACE,         :   22cv5286 (DLC)
S.R.I., HERMÈS INTERNATIONAL, and         :
LOUIS VUITTON MALLETIER,                  :   ORDER
                                          :
                        Plaintiffs,       :
                                          :
                -v-                       :
                                          :
VARIOUS JOHN DOES et al.,                 :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

A preliminary injunction hearing was held on August 11, 2022 regarding four of the defendants in this case. The four defendants who were ordered to show cause why a preliminary injunction should not issue did not appear. As set forth on the record, it is hereby

ORDERED that the plaintiffs shall file a status letter by **November 11** regarding the four defendants that were served and failed to appear at the August 11 hearing.

SO ORDERED:

Dated:   New York, New York
         August 11, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge